# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| United States of America, )<br> )<br>Plaintiff, )<br> )<br>vs. )<br> )<br>Antoine Jershon Cross, )<br> )<br>Defendant. ) | **PRETRIAL STATUS CONFERENCE**<br><br>Case No. 1:24-cr-010 |

The undersigned shall hold a pretrial status conference with counsel by telephone on August 7, 2025, at 10:15 AM to discuss, among other things, the viability of the current trial date. To participate, counsel shall call (571) 353-2301 and enter "Call ID" 292466149. Counsel are strongly encouraged to consult with each other prior to the conference. This will enable the conference to progress more expeditiously.

**IT IS SO ORDERED.**

Dated this 17th day of June, 2025.

/s/ *Clare R. Hochhalter*
Clare R. Hochhalter, Magistrate Judge
United States District Court